In the Matter of NEIL J. WEISS, Respondent, v ABRAHAM D. BEAME, as Mayor of the City of New York, et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County, entered on November 12,

1974, unanimously affirmed, without costs and without disbursements, on the opinion of Quinn, J., at Special Term. Concur—Stevens, P. J., Kupferman, Birns, Lane and Yesawich, JJ.